IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Christopher Lodge, Cathy Lodge,       :
Nolan Vance, Brenda Vance,            :
Richard Barrie, and Irene Barrie,     :
                Appellants            :
                                      :
         v.                           :
                                      :
Robinson Township Zoning Hearing      :   No 813 C.D. 2020
Board                                 :
                                      :
         v.                           :
                                      :
Robinson Township, Range              :
Resources - Appalachia, LLC, and      :
Moore Park, L.P.                      :

## _ORDER_

AND NOW, this 6th day of October, 2022, it is ORDERED that the above-captioned opinion filed August 4, 2022, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


        _____
        PATRICIA A. McCULLOUGH, Judge